

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00773-CR

Dawud **ABDULLAH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 156th Judicial District Court, McMullen County, Texas
Trial Court No. M-22-0022-CR-B
Honorable Walden Shelton, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is REFORMED to conform with the jury's verdict convicting appellant Dawud Abdullah under Texas Penal Code section 20.05. The judgment of the trial court is AFFIRMED AS MODIFIED.

SIGNED August 14, 2024.

Beth Watkins, Justice